UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jason L.B.,

       Plaintiff,

v.

Kilolo Kijakazi,
*Acting Commissioner of Social Security,*

       Defendant.

Case No. 21-cv-2119 (SRN/ECW)

**ORDER**

---

This matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 9, 2021 [Doc. No. 8]. No objections have been filed to said Report and Recommendation in the time period allowed. While Plaintiff has sent two letters to the Court, both letters list all of his cases in this district and ask about rulings on motions that have not been filed in this case [Doc. Nos. 10 and 11]. Accordingly, the Court will not construe them as objections to the Report and Recommendation.

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Jason L. B.'s application to proceed *in forma pauperis* in this action [Doc. No. 2] is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 13, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge